# In The United States Court of Federal Claims

No. 11-389L

(Filed: July 27, 2011)

_____

DENNIS J. QUEBEDEAUX

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On July 26, 2011, defendant filed an unopposed motion for an extension of time to respond to the complaint. The motion is **GRANTED**, in part, and **DENIED**, in part. On or before October 13, 2011, defendant shall file its response to the complaint. **No further extension of this deadline will be granted**.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge