# In The United States Court of Federal Claims

No. 11-389L

(Filed: September 20, 2011)

_____

DENNIS J. QUEBEDEAUX

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On September 19, 2011, plaintiff filed an unopposed motion to amend its complaint. The motion is hereby **GRANTED**. On or before October 19, 2011, defendant shall file its response to the complaint.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge