# In The United States Court of Federal Claims

No. 11-389L

(Filed: November 10, 2011)

_____

DENNIS J. QUEBEDEAUX, et al,

     Plaintiffs,

  v.

THE UNITED STATES,

     Defendant.

_____

**ORDER**

_____

On October 19, 2011, defendant filed a motion to dismiss pursuant to rule 12(b)(6). On November 9, 2011, plaintiff filed an unopposed motion for an extension of time to file its response. The motion is hereby **GRANTED**. On or before December 19, 2011, plaintiff shall file its response to the motion.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge