# In The United States Court of Federal Claims

No. 11-389L

(Filed: December 12, 2011)

_____

DENNIS J. QUEBEDEAUX, et al,

      Plaintiffs,

v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

Today, plaintiffs filed an unopposed motion for an extension of time to file their response. The motion is hereby **GRANTED**. On or before January 9, 2012, plaintiffs shall file their response to defendant's motion to dismiss. **No further enlargements of time will be granted.**

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge