# In The United States Court of Federal Claims

No. 11-389L

(Filed: May 7, 2012)

_____

DENNIS J. QUEBEDEAUX, et al,

          Plaintiffs,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

    Oral argument on defendant's motion to dismiss will be held in this case on Wednesday, June 13, 2012, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled oral argument time.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge