# In The United States Court of Federal Claims

No. 11-389L

(Filed: June 14, 2012)

_____

DENNIS J. QUEBEDEAUX, et al,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Oral argument on defendant's motion to dismiss was held today. As indicated at oral argument, the court hereby orders the following:

1. Consideration of defendant's motion to dismiss is hereby **STAYED** until a decision is rendered in *Arkansas Game & Fish Com'n v. United States*, No. 11-597, *cert. granted*, 132 S. Ct. 1856 (U.S. April 2, 2012); and

2. Defendant shall file notification of a decision in that case within two weeks of the decision.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge