# In The United States Court of Federal Claims

No. 11-389L

(Filed: December 20, 2012)

_____

DENNIS J. QUEBEDEAUX, et al,

       Plaintiffs,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Tuesday, January 8, 2013, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED**.


                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge