# In The United States Court of Federal Claims

No. 11-389L

(Filed: January 8, 2013)

_____

DENNIS J. QUEBEDEAUX, et al,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, a telephonic status conference was held in this case. Participating in the conference were Richard Lyle Coffman, for plaintiff, and Joshua Pratt Wilson, for defendant. Pursuant to discussions during the conference, on or before February 20, 2013, each party shall file a supplemental brief, not to exceed 15 pages in length, addressing the impact on this case of *Arkansas Game and Fish Commission v. United States*, 133 S. Ct. 511 (2012).

    **IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge