# In The United States Court of Federal Claims

No. 11-389L

(Filed: November 21, 2013)

_____

DENNIS J. QUEBEDEAUX, et al,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Wednesday, December 4, 2013, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED**.

                                             s/ Francis M. Allegra
                                             Francis M. Allegra
                                             Judge