# In The United States Court of Federal Claims

No. 11-389L

(Filed: December 5, 2013)

_____

DENNIS J. QUEBEDEAUX, et al,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Today, a telephonic status conference was held in this case. Participating in the conference were Richard Lyle Coffman, for plaintiffs, and Joshua Pratt Wilson, for defendant. As discussed during the conference:

1. On or before January 10, 2014, plaintiffs shall file a motion for leave to file an amended complaint;

2. On or before January 24, 2014, the parties shall exchange initial disclosures pursuant to RCFC Rule 26(a)(1);

3. On or before January 24, 2014, the parties shall file stipulated protocols regarding electronically stored information and stipulated protective orders pertaining to discovery, if any;

4. On or before October 24, 2014, plaintiffs shall file a motion for class certification, disclose testifying experts on class certification, and serve expert reports;

5. On or before December 19, 2014, defendant shall file a response to the motion for class certification, disclose testifying experts on class certification, and serve expert reports; and

6.      On or before February 6, 2015, plaintiffs shall file a reply in support of the motion for class certification.

**IT IS SO ORDERED**.

                                                     s/ Francis M. Allegra
                                                   Francis M. Allegra
                                                   Judge